### Case No. 7,327.

The J. M. WELSH.

[8 Ben. 211.] [1]

District Court, E. D. New York. July, 1875.

J. J. Allen, for libellant.
E. D. McCarthy, for claimants.

BENEDICT, District Judge. The terms of the contract under which the libellant Austin claims to have towed the vessel proceeded against show beyond dispute that the libellant relied solely upon the personal credit of Easton & McMahon, and not upon the credit of the boats towed.

The contract is inconsistent with the idea of a lien, and shows that a lien upon the boats was not within the contemplation of the parties. For services rendered under such a contract, and upon an exclusively personal credit, no lien exists. The libel is accordingly dismissed with costs.